UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Pete Tanguay and Lynn Tanguay,

Plaintiffs,

—v—

Wellsky Corporation,

Defendant.

19-cv-9964 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

In light of Plaintiffs' withdrawal of their jury demand, Dkt. No. 30, Defendant's motion to strike is denied as moot.

This resolves Dkt. No. 19.

SO ORDERED.

Dated: January 10, 2020
New York, New York

_____
ALISON J. NATHAN
United States District Judge