USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/15/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Pete Tanguay, *et al.*,

                Plaintiffs,

–v–

Wellsky Corporation,

                Defendant.

Case No. 19-CV-9964

ORDER

ALISON J. NATHAN, District Judge:

    In light of the general pre-trial referral to Judge Fox, the initial pre-trial conference scheduled for April 21, 2020 is hereby adjourned *sine die*.

    SO ORDERED.

Dated: April 15, 2020
       New York, New York

_____
ALISON J. NATHAN
United States District Judge