USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/19/2020

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PETE TANGUAY and LYNN TANGUAY

        Plaintiffs/Counter-Defendants,

    v.

WELLSKY CORPORATION, a New York
Corporation f/k/a MEDIWARE
INFORMATION SYSTEMS, INC.,

        Defendant/Counter-Plaintiff.

Civil Action No.:  1:19-cv-9964

[Proposed] Order Dismissing Action with
Prejudice

## ORDER DISMISSING THE ACTION WITH PREJUDICE

The matter came to the Court upon review of the Joint Motion of the parties for entry of

an order dismissing the action with prejudice, and upon notice that the parties have reached a

settlement resolving the disputes at issue in this litigation; accordingly it is ORDERED that this

action, including all claims and counterclaims, is dismissed with prejudice, with both sides

bearing their own fees and costs.

    So Ordered.

Dated: _____June 19_____, 2020
      New York, New York

_____
    Alison J. Nathan, United States District Judge